IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LYNN MCCLELLAND PARSONS**                                                     **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.  3:10-cv-00001-DPJ-JCS**

**GREENWOOD LEFLORE HOSPITAL**                                 **DEFENDANTS**

## NOTICE OF TAKING OF DEPOSITION

To:     Louis H. Watson, Jr., Esq.
          Nick Norris, Esq.
          628 North State Street
          Jackson, Mississippi 39202

Notice is hereby given that undersigned counsel, attorney of record for the defendant, Greenwood Leflore Hospital, will take the deposition upon oral examination, before a court reporter or other officer authorized to administer oaths, of plaintiff, **Lynn McClelland Parsons,** on **July 21, 2010** beginning at **10:00 a.m.** and continuing thereafter until completed in the law offices of Louis H. Watson, Jr., **628 North State Street, Jackson, Mississippi** pursuant to the Federal Rules of Civil Procedure.

1

Respectfully submitted, this 7th day of June, 2010.

                                    ATTORNEYS FOR DEFENDANT,
                                    GREENWOOD LEFLORE HOSPITAL


                                    *s/ Susan Fahey Desmond*
                                    Susan Fahey Desmond


Susan Fahey Desmond (MSB# 5116)
WATKINS LUDLAM WINTER & STENNIS, P.A.
2510 14th Street, Suite 1125 (39501)
P.O. Box 160
Gulfport, Mississippi 39502
Telephone: 228-864-3094
Facsimile: 228-864-0516
sdesmond@watkinsludlam.com


Karen Gwinn Clay (MB No. 102682)
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street, Suite 800
Post Office Box 427
Jackson MS 39205-0427
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
kclay@watkinsludlam.com

2

## **CERTIFICATE OF SERVICE**

I, Susan Fahey Desmond, do hereby certify that I have filed this Notice via the Court's electronic filing system which sent notice to:

> Louis H. Watson, Jr., Esq.
> Nick Norris, Esq.
> 628 North State Street
> Jackson, Mississippi 39202

THIS, the 7th day of June, 2010.

>> *s/ Susan Fahey Desmond*
>> SUSAN FAHEY DESMOND